```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :    19-CR-599 (JMF)
                                                                       :
AFOLABI ADEUSI,                                                        :    SCHEDULING ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **January 31, 2023**, is ADJOURNED to **May 23, 2023,** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

The Government is directed to provide the Probation Officer with its factual statement within 7 days. Defense counsel must arrange for the Defendant to be interviewed by the Probation Department within the next two weeks.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Furman) for sentencing-related procedures and practices.  Given the nature of the Defendant's plea, the Government's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Defendant's sentencing submissions shall be served one week in advance of the date set for sentencing. Further, counsel should confer in advance of sentencing with respect to what portions of the record can be unsealed and the Government should present to the Court at the time of sentencing an unsealing order stating, with specificity, what should be unsealed.

SO ORDERED.

Dated: January 31, 2023
       New York, New York                        _____
                                                 JESSE M. FURMAN
                                                 United States District Judge