UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
-v-                                              :        19-CR-599 (JMF)
:
AFOLABI ADEUSI,                                       :        SCHEDULING ORDER
:
Defendant.                             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **May 23, 2023**, is RESCHEDULED to **May 24, 2023,** at **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Dated: May 18, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge