UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent Order of Restitution** |
| v. | |
| AFOLABI ADEUSI | 19 Cr. 599 (JMF) |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Dina McLeod and Robert B. Sobelman, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One through Eight of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Afolabi Adeusi, the defendant, shall pay restitution in the total amount of $1,585,549.05, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offenses charged in Counts One through Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedules of Victims, attached hereto as Schedules A and B. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

  A. **Joint and Several Liability**

Restitution in the amount of $873,991.51 to the victims set forth in Schedule A is joint and several with the following defendants in the following cases: Ifeanyi Ezeji, 18 Cr. 117 (KPF); Christopher Ezeji, S1 18 Cr. 117 (KPF); in part, as to $45,745.74 of the total amount, with Kemokalam Njemanze, S6 18 Cr. 117 (KPF); and in part, as to $192,733.76 of the total amount, with Peter Abbah, S2 18 Cr. 117 (KPF). Restitution in the amount of $711,557.54 to the victim set

forth in Schedule B is joint and several with the following defendants in the following cases: Nancy Martino-Jean, 18 Cr. 853 (NRB), and Mustapha Raji, 19 Cr. 970 (JMF). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedules A and B has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.   Payment to the Insurer

If the victim listed in Schedule B has been compensated for losses caused by the conduct of the defendant, in full, or in part, by his or her insurer, then the defendant shall pay the insurer the amount that the insurer paid to the victim (not to exceed $711,557.54). Pursuant to 18 U.S.C. § 3664(j)(1), all restitution due to the victim listed in Schedule B required by this Order must be paid before any restitution is paid to the victim's insurer. The name and address of the insurer is:

Chubb Insurance
P.O. Box #1616
Warren, NJ 07059
Attention: Tiaschi Gee
Claim #060018011523

### C.   Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedules of Victims, attached hereto as Schedules A and B, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedules A and B.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 10 percent of the defendant's gross income, payable on the first of each month, immediately upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedules of Victims, attached hereto as Schedules A and B, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     5/24/23
Dina McLeod                              DATE
Robert B. Sobelman
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637–1040/2616

AFOLABI ADEUSI

By: _____     05/24/23
Afolabi Adeusi                           DATE

By: _____     5/24/23
Jesse Siegel, Esq.                       DATE
299 Broadway, Suite 800
New York, New York 10007
Tel.: (212) 207-9009

SO ORDERED:

_____           _____
HONORABLE JESSE M. FURMAN                DATE
UNITED STATES DISTRICT JUDGE

# SEALED

# Exhibit A

# Schedule of Victims