LAW OFFICE OF
JESSE M. SIEGEL

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

June 8, 2023

**BY ECF**

Hon. Jesse M. Furman, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Adeusi*, 19 Cr. 599 (JMF).

Dear Judge Furman:

The Court sentenced my client, Afolabi Adeusi, to time served on May 24th. When he was arrested, he surrendered his passport to Pretrial Services. I request the Court issue an order permitting Pretrial Services to return his passport to Mr. Adeusi. I have spoken with A.US.A. Robert Sobelman, who does not object to this request.

Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 25.

SO ORDERED.

June 8, 2023